for the American Civil Liberties Union, as *amicus curiae,* urging reversal.

No. 19.   PENN *v.* CHICAGO & NORTH WESTERN RAILWAY Co.

Argued October 14, 1948.   Decided October 25, 1948.   *Per Curiam:* The judgment is reversed.   *Myers* v. *Reading Co.,* 331 U. S. 477.   *Royal W. Irwin* argued the cause and filed a brief for petitioner.   *Drennan J. Slater* argued the cause for respondent.   With him on the brief was *Lowell Hastings.*

No. 319.   RING *v.* MARSH, SECRETARY OF STATE OF NEW JERSEY.

*Per Curiam:* The appeal is dismissed for want of a substantial federal question.

No. 324.   PIERCE ET AL. *v.* BOSTON; and
No. 325.   McCARTHY ET AL. *v.* BOSTON.

*Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for want of a substantial federal question.   *Frank W. Grinnell* and *Richard Wait* for appellants.   *William H. Kerr* for appellee.   Reported below: No. 324, see 322 Mass. 709, 79 N. E. 2d 713.

No. 291.   McCAFFREY *v.* ROYALL, SECRETARY OF THE ARMY; and
No. 131, Misc.   McCAFFREY *v.* ROYALL, SECRETARY OF THE ARMY.   In No. 291, the petition for writ of certiorari to the United States Court of Appeals for the District of